AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:16-cv-08235-FMO-KS

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* CAPITAL ADVANCE SOLUTIONS, LLC

was received by me on *(date)* 11/07/2016 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jeanette, Admin/Manager , who is designated by law to accept service of process on behalf of *(name of organization)* CAPITAL ADVANCE SOLUTIONS, LLC on *(date)* 11/10/2016 ; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/11/2016

[signature]

*Server's signature*

Elizabeth Honig, Process Server

*Printed name and title*

23 Main street,
Eatontown, NJ 07724

*Server's address*

Additional information regarding attempted service, etc:
Served copy of Summons, Complaint, Civil Case Cover Sheet, Notice of Assignment, Notice of ADR program, Certification and Notice of Interested Parties on CAPITAL ADVANCE SOLUTIONS, LLC at 1715 State Route 35 Ste 302, Middletown, NJ 07748 on 11/10/16 @ 2:33pm to Jeanette, Admin/Manager. She did not provide her last name. She is a white, female 45-55yo, 5'7, 160 lbs., brown hair.