UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **CV 16-8235 FMO (KSx)** | **Date** | **January 26, 2017** |
| Title | **Samuel J. St. Romain v. Capital Advance Solutions, LLC, et al.** | | |

| | |
|---|---|
| Present: The Honorable | **Fernando M. Olguin, United States District Judge** |

| | |
|---|---|
| Vanessa Figueroa | Lisa Gonzalez |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Kyle St. Romain - Pro Per Plaintiff | None |

**Proceedings:** **MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS CAPITAL ADVANCE SOLUTIONS, LLC AND GEOFFREY HORN [23]**

The court and plaintiff confer as set forth on the record.

The court notes that no appearance is made on behalf of defendants.

Plaintiffs Motion for Entry of Default Judgment Against Defendants Capital Advance Solutions, LLC and Geoffrey Horn **(Docket No. 23)** is taken under submission.

An order with the court's ruling and judgment will issue.

IT IS SO ORDERED.

00 : 04

Initials of Preparer vdr