JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL J. ST. ROMAIN, | ) Case No. CV 16-8235 FMO (KSx) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| CAPITAL ADVANCE SOLUTIONS, LLC, et al., | ) |
| Defendants. | ) |

Pursuant to the Court's Order Re: Default Judgment, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Judgment shall be entered in favor of plaintiff Samuel J. St. Romain, and against defendants Capital Advance Solutions, LLC and Geoffrey Horn, jointly and severally, in the amount of $2,500 plus post-judgment interest pursuant to 28 U.S.C. § 1961. Defendants shall also pay plaintiff costs in the amount of $580.07.

2. The remaining claim in the Complaint is dismissed without prejudice.

3. Plaintiff shall serve defendants with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 31st day of January, 2017.

/s/
Fernando M. Olguin
United States District Judge