Samuel J. St. Romain, State Bar No. 295884
**ST. ROMAIN LAW**
PO Box 41061
Long Beach, California 90803
Telephone: (562) 444-5291
Facsimile: (562) 683-2174
kyle@stromainlaw.com

Plaintiff, *In Pro Per*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL J. ST. ROMAIN,<br><br>Plaintiff,<br>v.<br><br>CAPITAL ADVANCE SOLUTIONS, LLC; AND GEOFFREY HORN,<br><br>Defendants. | Case No.: 2:16-cv-08235-FMO-KS<br><br>**NOTICE OF ACKNOWLEDGMENT AND SATISFACTION OF JUDGMENT** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Satisfaction of judgment obtained herein by plaintiff Samuel J. St. Romain against defendants Capital Advance Solutions, LLC and Geoffrey Horn, is hereby acknowledged and it is hereby requested that a Satisfaction of Judgment be entered on record herein. Said defendants are hereby released from said judgment.

Dated: March 20, 2017

Respectfully Submitted,

By: ***/s/ Samuel J. St. Romain***

Samuel J. St. Romain, Esq.
Plaintiff, in Pro Per
kyle@stromainlaw.com
PO Box 41061
Long Beach, California 90803
Telephone: (562) 444-5291
Facsimile: (562) 683-2174

ST. ROMAIN LAW
LONG BEACH, CA
562-444-5291

**CERTIFICATE OF SERVICE**

On March 20, 2017, I served the documents described as: **NOTICE OF ACKNOWLEDGMENT AND SATISFACTION OF JUDGMENT** on all interested parties in this action by electronic mail and by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in Long Beach, California, addressed to:

Christopher Devanny, Esquire
KENT/McBRIDE, P.C.
c/o Capital Advance Solutions, LLC and Geoffrey Horn
1715 Highway 35, Suite 305
Middletown, NJ 07748
cdevanny@kentmcbride.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 20, 2017 at Long Beach, California.

/s/ ***Samuel J. St. Romain***
Samuel J. St. Romain